# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAYLA GRUCE,<br><br>　　　　Defendant. | Case No. 2:19-cr-043-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 15 |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, April 2, 2019 at 10:30 a.m., be vacated and continued to June 3, 2019, at the hour of 10:00 a.m.

DATED this 26th day of March, 2019.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
　　　　　　DISTRICT