# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAYLA GRUCE,<br><br>Defendant. | Case No. 2:19-cr-0043-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 18 |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, June 11, 2019 at 9:00 a.m., be vacated and continued to August 19, 2019, at the hour of 11:00 a.m.

DATED this 10th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE