# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAYLA GRUCE,<br><br>　　　　Defendant. | Case No. 2:19-cr-0043-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 21 |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, August 19, 2019 at 11:00 a.m., be vacated and continued to September 9, 2019, at the hour of 10:00 a.m.

　DATED this 19th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE